# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HEWITT,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | CASE NO.    1:09-cv-00661-AWI-GBC (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL FOR FAILURE TO STATE A CLAIM<br><br>Doc. 29 |

   Plaintiff is a former prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 4, 2011, the undersigned issued findings and recommendations, recommending dismissal of this action for Plaintiff's failure to state a claim. Doc. 29. On October 25, 2011, Plaintiff filed his third amended complaint. Doc. 30.

   Accordingly, IT IS ORDERED that the October 4, 2011, recommendation of dismissal is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   December 14, 2011                              _____
                                                        UNITED STATES MAGISTRATE JUDGE